PER CURIAM.
Affirmed. See §§ 775.084(4)(c)(1), 812.13(2)(b), Fla. Stat. (1997) ; Davis v. State, 235 So.3d 320 (Fla. 2018) ; Carbajal v. State, 75 So.3d 258 (Fla. 2011) ; State v. King, 426 So.2d 12 (Fla. 1982) ; Steward v. State, 931 So.2d 133 (Fla. 2d DCA 2006) ; Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004) ; Desmond v. State, 576 So.2d 743 (Fla. 2d DCA 1991) ; McMillan v. State, 832 So.2d 946 (Fla. 5th DCA 2002) ; Hart v. State, 761 So.2d 334 (Fla. 4th DCA 1998) ; Luchak v. State, 606 So.2d 494 (Fla. 4th DCA 1992).
NORTHCUTT, SALARIO, and ROTHSTEIN-YOUAKIM,JJ., Concur.